UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OFFICE DEPOT, | Case No.: 1:09 CV 2791 |
| Plaintiff | |
| v. | JUDGE SOLOMON OLIVER, JR. |
| IMPACT OFFICE PRODUCTS, LLC, *et al.*, | |
| Defendants | ORDER |

The court held a telephonic status conference with counsel for the parties in the within case on December 14, 2009, at 5:30 p.m. The conference had been set to discuss Plaintiff's Motion for Preliminary Injunction (ECF No. 2). Previously, on December 4, 2009, the court issued a temporary restraining order to be in effect for ten days (ECF No. 11). Counsel for Defendants indicated that they would file papers in opposition to an extension of the temporary restraining order that would include the parties' position of the case. In the event of an extension of the temporary restraining order, Plaintiff must post a bond. Counsel for Plaintiff indicated no objection to a bond.

The court hereby refers this case to Magistrate Judge Perelman to conduct a conference with the parties regarding this case on an expedited basis to occur within seven (7) days of this Order.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

December 16, 2009