UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OFFICE DEPOT, INC. | ) CASE NO. 1:09-cv-02791 |
| | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **DISMISSAL AND RELEASE OF BOND** |
| IMPACT OFFICE PRODUCTS, LLC *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties, through their respective counsel, stipulate pursuant to Fed. R. Civ. P. 41(a) to the full dismissal of the above-captioned action, with prejudice, each party to bear its own costs. Furthermore, the Bond deposited by Plaintiff Office Depot is no longer needed and shall be released by the Court to Office Depot.  This Court shall retain jurisdiction over any settlement disputes between the parties.

*SO ORDERED.*


Dated: _____          _____
                                  HONORABLE JUDGE SOLOMON OLIVER, JR

## WE SO MOVE/STIPULATE
## AND AGREE TO ABIDE BY THE TERMS OF THIS ORDER

/s/ H. Alan Rothenbuecher (per email consent)
H. Alan Rothenbuecher, Esq. (0041883)
    har@icemiller.com
Ice Miller
US Bank Centre at Playhouse Square
1350 Euclid Ave., Suite 1400
Cleveland, Ohio 44115
Phone: (216) 621-6501
Facsimile: (216) 621-6502

Attorney for Defendants
Brian Kyle and Patrick Lavelle


/s/ W. Eric Baisden (per email consent)
W. ERIC BAISDEN (0055763)
Hahn Loeser & Parks LLP
200 Public Square, Sutie 2800
Cleveland, Ohio 44114
216-247-2366 phone
216-274-2566 fax
ebaisden@hahnlaw.com

Attorney for Defendant Impact Office Products, LLC


/s/ Robert M. Wolff
Robert M. Wolff (0006845)
Edward H. Chyun (0076880)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, OH 44114-2531
Telephone: (216) 696-7600
Facsimile: (216) 696-2038
e-mail: rwolff@littler.com
        echyun@littler.com
Attorneys for Plaintiff
Office Depot, Inc.


Firmwide:122690312.1 063095.1005